|   |   |
|---|---|
|   | Judge:    Hon. Marc L. Barreca<br>Chapter:   7 |

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>ROBERT F. MASHBURN,<br><br>                          Debtor. | Case No. 23-10139-MLB<br><br>EX PARTE APPLICATION FOR 2004 ORDER AUTHORIZING THE TRUSTEE TO COMPEL PRODUCTION OF DOCUMENTS AND DECLARATION IN SUPPORT THEREOF |

Edmund J. Wood, the Chapter 7 Trustee of the above-referenced bankruptcy estate ("Trustee") moves this court for an *ex parte* order authorizing the Trustee to compel production by Olympic Escrow Inc., of all documents in its possession or control relating to the recent sale of real property the Debtor owned.

Dated this 26th day of April, 2023.

                                       /s/Edmund J. Wood
                                      Edmund J. Wood
                                      Chapter 7 Trustee

DECLARATION OF EDMUND J. WOOD

I, EDMUND J. WOOD, declare and state as follows:

1.     I am the Trustee in this case. I make this declaration from my personal knowledge, and I am competent to testify.

2.     I am investigating the financial transactions, assets and liabilities of the Debtor. I am seeking the closing file from Olympic Escrow Inc., for the recent sale of property which the Debtor owned. I am seeking a 2004 order which authorizes me to

2004 MOTION

Page 1

WOOD & JONES, P.S.
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

compel production of those records by the date set forth in a subpoena to be issued by me.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Signed and dated this 26th day of April, 2023 at Seattle, Washington

*/s/ Edmund J. Wood*
Edmund J. Wood
Chapter 7 Trustee

2004 MOTION

Page 2

**WOOD & JONES, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382